UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
ANGELO COCO

CASE NO. 06 B 14562

CHAPTER 13

JUDGE: BRUCE W BLACK

Debtor  
SSN XXX-XX-7838

---

## TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 11/08/06 and confirmed on 02/27/07.

2. The plan is paid in full.

3. The Debtor paid a total of $ 11618.35 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAS SERVICING CO | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAS SERVICING CO | MORTGAGE ARRE | 8882.90 | .00 | 8882.90 |
| BENEFICIAL MORTGAGE CO O | SECURED | .00 | .00 | .00 |
| GMAC PAYMENT CENTER | SECURED VEHIC | .00 | .00 | .00 |
| CHECK RECOVERY SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT COLLECTION SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| GE MONEY BANK | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 8882.90 | .00 | .00 | .00 | 8882.90 |
| PRINCIPAL PAID | 8882.90 | .00 | .00 | .00 | 8882.90 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 8882.90 | .00 | .00 | .00 | 8882.90 |

The Debtor's attorney, ROBERT V SCHALLER             , was allowed $   3000.00 and was paid $   1466.00  direct and $   1534.00  through the plan.

The Trustee received $    493.87 .

Refunds to the Debtor totaled $    707.58 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 12/16/08                         /s/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE

                              PAGE   2
     CASE NO. 06 B 14562 ANGELO COCO